# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 21-CR-3528-JLS |
| Plaintiff, ) | |
| v. ) | **ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |
| CARLOS FERNANDO CURIEL-LOPEZ, ) | |
| Defendant. ) | |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently set for January 28, 2022, at 2:00 p.m. be continued to March 4, 2022 at 2:00 p.m.

For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), as well as under 18 U.S.C. § 3161(h)(1)(D).

**SO ORDERED.**

Dated: January 21, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge